IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40076
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ALBINO ESPINO-GONZALEZ,
also known as Lino Gonzalez,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-00-CR-351-1
--------------------
October 29, 2001

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender appointed to represent Albino
Espino-Gonzales (Espino) has requested leave to withdraw and has
filed a brief as required by Anders v. California, 386 U.S. 738
(1967).  Espino has not responded to the motion.  Our independent
review of the brief and the record discloses no nonfrivolous
issue for appeal.  Counsel's motion for leave to withdraw is
GRANTED, counsel is excused from further responsibilities, and
the appeal is DISMISSED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

MOTION GRANTED; APPEAL DISMISSED.